IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02681-MSK-MJW

BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES and
GABRIEL GALLEGOS,

    Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

_____

ORDER
_____

Upon consideration of the stipulation for dismissal filed by Plaintiffs Brotherhood of Maintenance of Way Employes Division/IBT and Gabriel Gallegos, and defendant Union Pacific Railroad Co. under Fed. R. Civ. P. 41(a)(1)(ii); and the entire record herein; it is hereby

ORDERED that the complaint in this case is dismissed with prejudice and that each party will be responsible for its/his own costs. This dismissal will not preclude the BMWED from asserting the legal claims raised in the complaint arising out of a different occurrence.

Dated this 12th day of August, 2005.

                                                         **BY THE COURT:**

                                                         */s/ Marcia S. Krieger*
                                                         _____

                                                          Marcia S. Krieger
                                                          United States District Judge